UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                 :    16cv3319 (DLC)
FEDERAL INSURANCE COMPANY,             :
                                                 :    ORDER OF
                      Plaintiff,       :    DISCONTINUENCE
                                                 :
                      -v-                  :
                                                 :
SHOWTIME ON THE PIERS, INC., PORT   :
PARTIES, LTD., and HNN CONSULTANTS,  :
LTD.,                                             :
                                                 :
                        Defendants.      :
                                                 :
---------------------------------------- X

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/5/2016]

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

Dated:    New York, New York
            October 5, 2016

                                    _____
                                            DENISE COTE
                                  United States District Judge