# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHOWTIME ON THE PIERS, INC., PORT PARTIES, LTD., and HNN CONSULTANTS, LTD.<br><br>Defendant. | Civil Action No: 1:16-cv-03319-DLC<br><br>**PROPOSED ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2016

**THIS MATTER** having been brought before this Court by Bressler, Amery & Ross, P.C., attorneys for Plaintiff Federal Insurance Company and Law Offices of Laura A. Brevetti, attorney for Defendants Showtime on the Piers, Inc., Port Parties, LTD., and HNN Consultants, LTD. (collectively referenced as "the Parties"), hereby give notice: (1) that all matters in dispute between the Parties have been settled; and (2) request that this action be dismissed with prejudice.

IT IS on this 17th day of November, 2016

ORDERED that the Parties request for this action to be dismissed with prejudice is GRANTED.

_____
UNITED STATES DISTRICT JUDGE